IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALPHONSIA PERRY,

      Petitioner,

  v.                                Case No. 2:14-cv-00454
                                      Judge Frost

CYNTHIA MAUSSER,              Magistrate Judge King

      Respondent.

## ORDER

On July 31, 2015, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Report and Recommendation* (ECF No. 10). Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 10) is **ADOPTED** and **AFFIRMED**. This case is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT.**


                                                   /s/   GREGORY L. FROST
                                              GREGORY L. FROST
                                              United States District Judge